UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
COLFIN METRO FUNDING, LLC,

                               Plaintiff,

– against –

ALTON B. SHARPTON, and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest or lien upon the premises described in the complaint

                               Defendants.
-----------------------------------------------------------------------X

Docket No. CV 13-2777

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ColFin Metro Funding, LLC, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against all defendants.

Dated: Uniondale, New York
         May 29, 2013

                              Respectfully submitted,

                              WESTERMAN BALL EDERER
                              MILLER & SHARFSTEIN, LLP

                        By: _____
                            Jeffrey A. Miller
                            1201 RXR Plaza
                            Uniondale, New York 11556
                            (516) 622-9200
                            *Attorneys for Plaintiff*