**WBEM&S** — WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP

1201 RXR Plaza, Uniondale, NY 11556   tel 516.622.9200   fax 516.622.9212

Jeffrey A. Miller
Extension 402
Email: jmiller@westermanllp.com

June 4, 2013

Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201

   Re: Colfin Metro Funding, LLC v. Alton B. Sharpton,
     Civil Action No. 13-2777

Dear Judge Irizarry:

  This office is counsel to plaintiff Colfin Metro Funding, LLC ("Colfin") in the above-captioned action. We are in receipt of Your Honor's docket entry order dated June 3, 2013 wherein you so ordered ColFin's Notice of Voluntary Dismissal and instructed our office to serve a copy of the electronic order on defendants within five days. We wanted to bring to the Court's attention that the summons and complaint were never served on any defendant. Thus, defendants have not been made aware that this action has been commenced. Please let us know if the court still instructs us to serve its electronic order on defendants.

  Thank you for your time and attention to this matter.

                Respectfully submitted,

                Jeffrey A. Miller

JAM/sb

833663

ATTORNEYS AT LAW